# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ERIK POROZYNSKI** | CASE NO. 1:16CV3081 |
| *Plaintiff*, | JUDGE PATRICIA A. GAUGHAN |
| v. | **ORDER OF DISMISSAL AND APPROVING SETTLEMENT** |
| **DENISON AUTO PARTS, INC.,** *et al* | |
| *Defendants*. | |

This matter is before the Court on the Parties' Joint Motion for Approval of Confidential Settlement and Stipulation of Dismissal with Prejudice ("Joint Motion") pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Confidential Settlement and Stipulation of Dismissal with Prejudice ("Settlement Agreement").

Having reviewed the Settlement Agreement, as well as the pleadings and papers filed in this Action, and for good cause established therein, the Court enters this Final Order and Judgment approving the Settlement, as follows:

1. Plaintiff Erik Porozynski asserts wage-and-hour claims under the FLSA, 29 U.S.C. § 207, as well as the Ohio Minimum Fair Wage Standards Act, Ohio Rev. Code Ann. Chapter 4111.

2. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under the FLSA, 29 U.S.C. § 216(b).

3. The Court approves the Settlement Agreement, and orders that the Settlement Agreement be implemented according to its terms and conditions and as directed herein.

4. The Court approves the payment of attorneys' fees and expense reimbursements to Plaintiffs' counsel as provided in the Settlement Agreement, and orders that such payments be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

5. The Court dismisses this Action, and all claims of the Plaintiff with prejudice. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Final Order and Judgment immediately.

6. As requested by the Parties in the Settlement Agreement, the Court retains jurisdiction over the Action to enforce the terms of the Settlement Agreement and resolve any and all disputes thereunder.

**SO ORDERED:**

Date: 4/11/17

/s/ Patricia A. Gaughan
Patricia A. Gaughan
United States District Judge